440 A.2d 1240

Commonwealth v. Farley, Appellant.

Submitted May 22, 1981. Raymond H. Bogaty, for appellant; James P. Epstein, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and MONTGOMERY and VAN der VOORT, JJ.

Order affirmed.